■ (A) In the Matter of the Claim of EDMUND W. DOYLE, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of HECTOR R. HATCHER, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Permission to withdraw and discontinue appeals granted, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR MICHAEL, Appellant, v. ROSS E. HEROLD, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERTO ESTRADA, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT H. HARRIS, Appellant. (D) In the Matter of the Claim of JAIME MALDONADO, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.